IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEPHEN CODY                                                                                                   PLAINTIFF

v.                                       Civil No. 10-6014

RICK LOY, Jail Administrator;
RAY WINSFIELD, Chief Deputy;
RAYMOND MOORE, Jailer                                                                               DEFENDANT

**ORDER**

Plaintiff filed a motion asking for an order to, among other things, take the deposition of various individuals (Doc. 24). An identical motion was submitted in another case Plaintiff has pending *Cody v. Newburn, et al.*, Civil No. 6:09-cv-06016. The motion was granted. This motion (Doc. 24) is therefore moot.

Defendants have filed a motion (Doc. 26) for an extension of time to file their summary judgment motion. They indicate Plaintiff's responses to discovery requests are not due until October 15th. On September 24th, Plaintiff filed a response (Doc. 27) objecting to an extension of time. He states he is providing the Defendants with the discovery responses and no extension is necessary.

The motion (Doc. 26) is granted. The Court believes it is reasonable for the Defendants to have some additional time to review the discovery responses and then to draft their summary judgment motion. Defendants are given until **November 10, 2010,** to file their summary judgment motion.

IT IS SO ORDERED this 29th day of September 2010.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE