IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEPHEN CODY                                                              PLAINTIFF

    v.                              No. 10-6014

RICK LOY, Jail Administrator;
RAY WINSFIELD, Chief Deputy;
RAYMOND MOORE, Jailer                                                     DEFENDANTS

## ORDER

Now on this 14th day of September 2011, there comes on for consideration the report and recommendation filed herein on August 25, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 49). Also before the Court are Plaintiff's written objections to the report and recommendation (Doc. 52).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 31) is GRANTED IN PART AND DENIED IN PART. Plaintiff's claims against Defendants in their official capacities are DISMISSED WITH PREJUDICE. Plaintiff's claims against Defendants in their individual capacities remain.

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Honorable Robert T. Dawson
                                                United States District Judge

AO72A
(Rev. 8/82)